

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AUG 25 PM 5: 14

Elaine Aboyade-Cole Bey

) U.S. DISTRICT COURT

       Plaintiff

**08CV4859**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE DENLOW**

    Vs

SAFECO INSURANCE COMPANY
OF AMERICA,  et al a Corporation )

)

      Defendant )

**RECEIVED**
AUG 25 2008
AUG 2 5 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**COMPLAINT**

      Plaintiff, Elaine Aboyade-Cole Bey, is a living, breathing sovereign of Moorish American descent **(EXHIBIT A). For the Record**, Plaintiff, Elaine Aboyade-Cole Bey, declares her nationality and birthright through an Affidavit of Truth **(EXHIBIT B). For the Record,** Plaintiff, Elaine Aboyade-Cole declares her pledge of allegiance to the united States of America, the Republic, **(EXHIBIT C). For the record,** Plaintiff, Elaine Aboyade-Cole Bey, denies that she is a corporation by the use of the Nom De Guerre, ELAINE ABOYADE-COLE, **(EXHIBIT D)** and **sues** Defendant, SAFECO INSURANCE COMPANY OF AMERICA and alleges

1. This is an action for damages that exceed fifteen ($15,000), exclusive of interest, costs and attorneys' fees.
2. Plaintiff resides at 8615 S. Morgan, Chicago Territory, Illinois 60620
3. Plaintiff previously resided at 8619 S. Morgan, Chicago Territory, Illinois 60620
4. At all times material to this action, Defendant, SAFECO INSURANCE COMPANY OF AMERICA, is a corporation authorized to do business and is doing business in Cook County, Illinois.
5. On or about August 24, 2006, at approximately 9:15 a.m. Plaintiff was a passenger in the front seat of a motor vehicle traveling on 83rd and Birkoff in Chicago Territory, Illinois. The vehicle was traveling in inclement weather.
6. At that time and place, the driver and owner of the vehicle was entering a turn off Birkoff when the vehicle began hydroplaning. The wheels locked and the vehicle hit a guardrail barrier in the turn of the curve. The approximate speed of the vehicle was 15 miles an hour. Everyone was wearing a seat belt
7. The owner of the vehicle was fully covered by SAFECO INSURANCE COMPANY OF AMERICA under policy Z4036921 which was in full force and effect on the date of the accident. A claim number of 899048213008 was issued.

8. Under the terms of the insurance policy, Defendant, SAFECO INSURANCE COMPANY OF AMERICA, provided uninsured/underinsured motorist coverage for the Owner and Operator of the vehicle in the amount of $50,000/100,000.

9. Defendant, SAFECO INSURANCE COMPANY OF AMERICA, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

10. Plaintiff has furnished Defendant, SAFECO INSRANCE COMPANY OF AMERICA, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, SAFECO INSURANCE COMPANY OF AMERICA, has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.  SAFECO INSURANCE COMPANY OF AMERICA and the Plaintiff have failed to come to an agreement.

11. As a direct and proximate result of the accident of August 24, 2006, Plaintiff suffered bodily injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization and medical treatment, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The loses are either permanent or continuing and Plaintiff will suffer the losses in the future

**WHEREFORE, Plaintiff, Elaine Aboyade-Cole Bey**, demands judgment for damages against Defendant, SAFECO INSURANCE COMPANY OF AMERICA, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 25th day of August, 2008

Without prejudice UCC 1-103, 1-207, 1-308 EXHIBIT E

Elaine Aboyade-Cole Bey Suri Juris

Elaine Aboyade-Cole Bey, Sui Juris
8615 S. Morgan
Chicago Territory, Illinois 60620
(773) 783-2211
Fax: (773) 846-8224

**EXHIBIT A**
**Declaration of Sovereign**

## The united 50 States of America

# Secured Party Declaration And Notice

### Under Uniform Commercial Code and Constitutional Law

Name of Sovereign:  Elaine Aboyade-Cole Bey

Address:  8615 S. Morgan

City: Chicago Territory          Sovereign Nation/State:  Illinois          Zip: 60620

Date of Birth: 09/10/1950    Female:  Eyes: Brown   Hair: Grey

**I Declare Myself a legal Sovereign, Operating Under Common Law, Title 4, U.S.C, 1, Flag of Peace and secure all my rights under U.C.C 1-207, 1-308 and U.C.C. 1-103. I am NOT a corporate being dealing in commerce requiring a license of any kind. I travel by RIGHT, not by Privilege. Anything you say or do in violation of my Rights, can and will be used against you in a court of law.**

Signature of Sovereign:  _Elaine Aboyade-Cole Bey_

OFFICIAL SEAL
CONSTANCE JONES
Notary Public - State of Illinois
My Commission Expires Feb 22, 2011

On the 25th day of August, 2008 a.d., a woman who identified herself as Elaine Aboyade-Cole Bey appeared before me, a notary, and attested to the truth of this Declaration and Notice with her signature.

**EXHIBIT B**
**Declaration of Nationality/Birthright**

## Affidavit of Truth
## Correction of Name/Declaration of Nationality

## For the Record:

I, Elaine Aboyade- Cole Bey, a sovereign natural being, hereby correct my name from ELAINE
ABOYADE-COLE, in all capital letters to Elaine Aboyade-Cole Bey and affirm my nationality
and birthright status as a Moorish American, and state that one must **Declare His or Her True
and Free National Name, National Origin, Inalienable Birthrights and Sovereignty** to
"activate and express social standing as a Major Determinant of One's Consenting Legal, Social
and Political Status, within organized Government and within Society, as a whole. I am not a
CORPORATE BEING, nor am I a 13th, 14th, or 15th Amendment Citizen. I am not a slave, a
Negro, a Black, Colored nor an Ethiopian. My sovereign rights are enforced and protected
nationally and internationally by: the Treaty of Peace and Friendship, (Marrakech, ratified July
18, 1787); the Articles of Confederation (ratified March 1 1781); The Declaration of
Independence (ratified July 4, 1776); The United States of America Constitution for the Republic
(ratified December 15, 1791); Pennsylvania State Commonwealth House of Representative,
House Resolution Number 75 (Dated April 17, 1933) The Moorish American Society of
Philadelphia and use of our Noble Titles Bey, El, Ali; The United Nations General Assembly:
Resolution 217A (111) of day 10, December 1948 A.D.; Universal Declaration of Human
Rights; The United Nations General Assembly: Resolution 1386 (XIV), 14, U.N. GAOR, Supp.
(No. 16) at 19, U.N. Doc. A/4354; "Declaration of the Rights of Child" 1959 A.D.; Illinois State
Constitution (adopted at special election December 15, 1970; "The Draft Declaration on the
Rights of Indigenous People," E/Cn, 4/sub. 2/1994/2/ Add.1 (1994); and Executive Order
13107—Implementation of Human Rights Treaties: (ICCPR, CAT, CERD) December 10, 1998.

All sovereign rights reserved, UCC 1-207/308/103.

*Elaine Aboyade-Cole Bey*

Elaine Aboyade-Cole Bey
c/o 8615 South Morgan
Chicago Territory, Illinois State Republic [60620]

**Certified Verification**

I declare under penalty of perjury that the identified sovereign individual named above appeared before
me with picture identification, and acknowledged this 1 page document before me, consisting of Affidavit
of Truth of Correction of Name/Declaration of Nationality on

Date: 8-25 08         /s/ _____

(NOTARY PUBLIC'S JURAT) (Notary signature and stamp

> OFFICIAL SEAL
> CONSTANCE JONES
> Notary Public - State of Illinois
> My Commission Expires Feb 22, 2011

**EXHIBIT C**
**United States of America Constitution**
**The Republic**

# The Constitution of the United States of America

## North Continent

*Presented in 1787 — Ratified in 1791*

### Preamble

We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

## ARTICLE I

**Section 1.** All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section 2.** The House of Representatives shall be composed of members chosen every second year by the people of the several states, and the electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislature.

No person shall be a Representative who shall not have attained to the age of twenty five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state in which he shall be chosen.

Representatives and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective numbers, which shall be determined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of Representatives shall not exceed one for every thirty thousand, but each state shall have at least one Representative; and until such enumeration shall be made, the state of New Hampshire shall be entitled to choose three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any state, the executive authority thereof shall issue writs of election to fill such vacancies.

The House of Representatives shall choose their speaker and other officers; and shall have the sole power of impeachment.

**Section 3.** The Senate of the United States shall be composed of two Senators from each state, chosen by the legislature thereof, for six years; and each Senator shall have one vote.

Immediately after they shall be assembled in consequence of the first election, they shall be divided as equally as may be into three classes. The seats of the Senators of the first class shall be vacated at the expiation of the second year, of the second class at the expiration of the fourth year, and the third class at the expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation, or otherwise, during the recess of the legislature of any state, the executive thereof may make temporary appointments until the next meeting of the legislature, which shall then fill such vacancies.

No person shall be a Senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States and who shall not, when elected, be an inhabitant of that state for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided.

The Senate shall choose their other officers, and also a President pro tempore, in the absence of the Vice President, or when he shall exercise the office of President of the United States.

The Senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the President of the United States is tried, the Chief Justice shall preside. And no person shall be convicted without the concurrence of two thirds of the members present.

Judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust or profit under the United States: but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment and punishment, according to law.

**Section 4.** The times, places and manner of holding elections for Senators and Representatives, shall be prescribed in each state by the legislature thereof; but the Congress may at any time by law make or alter such regulations, except as to the places of choosing Senators.

The Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

**Section 5.** Each House shall be the judge of the elections, returns and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent members, in such manner, and under such penalties as each House may provide.

Each House may determine the rules of its proceedings, punish its members for disorderly behavior, and, with the concurrence of two thirds, expel a member.

Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either House on any question shall, at the desire of one fifth of those present, be entered on the journal.

Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

**Section 6.** The Senators and Representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall in all cases, except treason, felony and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to and returning from the same; and for any speech or debate in either House, they shall not be questioned in any other place.

No Senator or Representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States, shall be a member of either House during his continuance in office.

**Section 7.** All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other Bills.

Every bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States; if he approve he shall sign it, but if not he shall return it, with its objections to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days (Sundays excepted) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

Every order, resolution, or vote to which the concurrence of the Senate and House of Representatives may be necessary (except on a question of

10

adjournment) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

**Section 8.** The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

• To borrow money on the credit of the United States;

• To regulate commerce with foreign nations, and among the several states, and with the Indian tribes;

• To establish a uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States;

• To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;

• To provide for the punishment of counterfeiting the securities and current coin of the United States;

• To establish post offices and post roads;

• To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries;

• To constitute tribunals inferior to the Supreme Court;

• To define and punish piracies and felonies committed on the high seas, and offenses against the law of nations;

• To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;

• To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;

• To provide and maintain a navy;

• To make rules for the government and regulation of the land and naval forces;

• To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;

• To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;

11

• To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;--And

• To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

**Section 9.** The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

The privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.

No bill of attainder or ex post facto Law shall be passed.

No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.

No tax or duty shall be laid on articles exported from any state.

No preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another: nor shall vessels bound to, or from, one state, be obliged to enter, clear or pay duties in another.

No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time.

No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.

**Section 10.** No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts; or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of ton-

12

-nage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

# ARTICLE II

**Section 1.** The executive power shall be vested in a President of the United States of America. He shall hold his office during the term of four years, and, together with the Vice President, chosen for the same term, be elected, as follows:

Each state shall appoint, in such manner as the Legislature thereof may direct, a number of electors, equal to the whole number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

The electors shall meet in their respective states, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same state with themselves. And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate. The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Representatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President. But in choosing the President, the votes shall be taken by States, the representation from each state having one vote; A quorum for this purpose shall consist of a member or members from two thirds of the states, and a majority of all the states shall be necessary to a choice. In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President. But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.

The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States.

No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to the office of President who shall not have attained to the age of thirty five years, and been fourteen Years a resident within the United States.

In case of the removal of the President from office, or of his death, resig-

13

nation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation or inability, both of the President and Vice President, declaring what officer shall then act as President, and such officer shall act accordingly, until the disability be removed, or a President shall be elected.

:The President shall, at stated times, receive for his services, a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States, or any of them.

Before he enter on the execution of his office, he shall take the following oath or affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

**Section 2.** The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States; he may require the opinion, in writing, of the principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment.

He shall have power, by and with the advice and consent of the Senate, to make treaties, provided two thirds of the Senators present concur; and he shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law; but the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law, or in the heads of departments.

:The President shall have power to fill up all vacancies that may happen during the recess of the Senate, by granting commissions which shall expire at the end of their next session.

**Section 3.** He shall from time to time give to the Congress information of the state of the union, and recommend to their consideration such measures as he shall judge necessary and expedient; he may, on extraordinary occasions, convene both Houses, or either of them, and in case of disagreement between them, with respect to the time of adjournment, he may adjourn them to such time as he shall think proper; he shall receive ambassadors and other public ministers; he shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.

**Section 4.** The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

14

# Article III

**Section 1.** The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

**Section 2.** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;—to all cases affecting ambassadors, other public ministers and consuls;—to all cases of admiralty and maritime jurisdiction;—to controversies to which the United States shall be a party;—to controversies between two or more states;—between a state and citizens of another state;—between citizens of different states;—between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

**Section 3.** Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted.

# Article IV

**Section 1.** Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

**Section 2.** The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

A person charged in any state with treason, felony, or other crime, who

15

shall flee from justice, and be found in another state, shall on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime.

No person held to service or labor in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up on claim of the party to whom such service or labor may be due.

**Section 3.** New states may be admitted by the Congress into this union; but no new states shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the consent of the legislatures of the states concerned as well as of the Congress.

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular state.

**Section 4.** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

## ARTICLE V

The Congress, whenever two thirds of both houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several states, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this Constitution, when ratified by the legislatures of three fourths of the several states, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no state, without its consent, shall be deprived of its equal suffrage in the Senate.

## Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both

16

## Article VII

The ratification of the conventions of nine states, shall be sufficient for the establishment of this Constitution between the states so ratifying the same.

Done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth. In Witness whereof We have hereunto subscribed our Names,

G.° Washington—Presidt
and deputy from Virginia

| New Hampshire | John Langdon<br>Nicholas Gilman |
| Massachusetts | Nathaniel Gorham<br>Rufus King |
| Connecticut | Wm. Saml. Johnson<br>Roger Sherman |
| New York | Alexander Hamilton |
| New Jersey | Wil: Livingston<br>David Brearley<br>Wm. Paterson<br>Jona: Dayton |
| Pennsylvania | B. Franklin<br>Thomas Mifflin<br>Robt Morris<br>Geo. Clymer<br>Thos. FitzSimons<br>Jared Ingersoll<br>James Wilson<br>Gouv Morris |
| Delaware | Geo: Read<br>Gunning Bedford jun<br>John Dickinson<br>Richard Bassett<br>Jaco: Broom |
| Maryland | James McHenry<br>Dan of St. Thos. Jenifer<br>Danl Carroll |
| Virginia | John Blair—<br>James Madison Jr. |
| North Carolina | Wm. Blount<br>Richd. Dobbs Spaight<br>Hu Williamson |
| South Carolina | J. Rutledge<br>Charles Cotesworth<br>Pinckney<br>Charles Pinckney<br>Pierce Butler |
| Georgia | William Few<br>Abr Baldwin |

**Attest William Jackson Secretary**

of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

17

# BILL OF RIGHTS

## Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

## Amendment II

A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

## Amendment III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state

18

and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

## Amendment VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

## Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**EXHIBIT D**
**Denial of Corporation Existence**



Doc#:  0815634055 Fee: $38.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 06/04/2008 10:25 AM Pg: 1 of 1

Affidavit of Denial of Corporation Existence

I, Elaine Aboyade-Cole, a living breathing, woman declare in my own handwriting that the following facts are true to the best of my knowledge and belief

I hereby deny the following corporations exists UNITED STATES the STATE OF ILLINOIS, THE COUNTY OF COOK, CHICAGO ILLINOIS SAFECO INSURANCE COMPANIES, ALL BAR ASSOCIATIONS, THE CHICAGO CITY COURTS, ELAINE ABOYADE-COLE OF 8615 S. MORGAN, ELAINE ABOYADE-COLE OF 8619 S MORGAN, CHICAGO, IL and ALL OTHER CORPORATE MEMBERS WHO ARE OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY.

If any man or woman desiring to answer this affidavit please answer in the manner of this affidavit with notarized affidavit using your Christian or family name for signature and mail to be below named notary, address provided within five (5) days or default will be obtained

Elaine Aboyade-Cole

on the 4th day of June 2008 a.d. a woman who identified herself as Elaine Aboyade-Cole appeared before me a notary and attested to the truth of this affidavit with her signature

6-4-08

Hannelore Schmidt
NOTARY PUBLIC

OFFICIAL SEAL
HANNELORE SCHMIDT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/09

**EXHIBIT E**
**Uniform Commercial Code**

substance that they are to be "without prejudice" will not be admitted in evidence ... an arrangement stating the letter was without prejudice was held to be inadmissible as evidence ... not only will the letter bearing the words, "without prejudice" but also the answer thereto, which was not so guarded, was inadmissible." Ferry v. Taylor, 33 Mo. 323; Durgin v. Somers, 117 Mass 55, Molyneaux v. Collier, 13 Ga. 406. When correspondence had commenced "without prejudice" but afterwards those words were dropped, it was immaterial, 6 Ont. 719.

Without Prejudice UCC 1-207, above your signature, on an instrument will represent the following:

Not a promise to appear and vitiates perjury.
Enforces the Right to contract and the right to compromise an unconscionable contract.
Reserves all applicable Bill of Rights and Article III judicial Power.
"Criminal intent" must be brought forward to proceed.
Separation of Powers.
All Constitutional terms dealing with contracts, judicial and taxes.
Reserves "personam" jurisdictional issues.
Estoppel of subject matter only jurisdiction, and summary Admiralty.
Non-assumpsit.
Habeas Corpus.
Activating clause for police power at "probable cause."
Disrupts Penumbra Doctrine.
(13) Confession and avoidance.

Miranda will be given for you to sign, reserve your rights on this instrument by not becoming in personam at Rule 12 (b). Do not give up your personam to "power of attorney" because you waive rights with each admission or tacit response answered by "persons standing in your stead," which makes you in personam for accepting this "benefit." Remain SILENT and the reservation will command you to Justice.

God Bless!

Table of Contents

## The united 50 States of America

# Secured Party Declaration And Notice

### Under Uniform Commercial Code and Constitutional Law

Name of Sovereign: Elaine Aboyade-Cole Bey

Address: 8615 S. Morgan

City: Chicago Territory        Sovereign Nation/State: Illinois        Zip: 60620


Date of Birth: 09/10/1950    Female:   Eyes: Brown   Hair: Grey

**I Declare Myself a legal Sovereign, Operating Under Common Law, Title 4, U.S.C, 1, Flag of Peace and secure all my rights under U.C.C 1-207, 1-308 and U.C.C. 1-103. I am NOT a corporate being dealing in commerce requiring a license of any kind. I travel by RIGHT, not by Privilege. Anything you say or do in violation of my Rights, can and will be used against you in a court of law.**


**Signature of Sovereign:** _____


On the 25th day of August, 2008 a.d., a woman who identified herself as Elaine Aboyade-Cole Bey appeared before me, a notary, and attested to the truth of this Declaration and Notice with her signature.

**AFFIDAVIT**

**DECLARATION OF NATIONALITY**

**FOR THE RECORD**

I, Elaine Aboyade-Cole Bey, the affiant a living, breathing natural person hereby declare my name, my nationality and birthright status as a Moorish American, and state that one must **Declare His or Her True and Free National Name, National Origin, Birthright and Sovereignty** to "activate and express dutiable social standing as a Major Determinate of One's Consenting Legal, Social and Political Status, within organized Government and within Society, as a whole. That I am not a CORPORATION, nor am I a 13th, 14th, or 15th Amendment Citizen. That I am not a slave, a Negro, a Black, Colored or Ethiopia. A **slave** is a person who is wholly subject to the will of another. A **Negro** which is a name given to a river in West Africa by the Moors because it contained black water. **Black** according to science means death. **Colored** means anything that has been painted, stained, varnished or dyed. **Ethiopia** means something divided. That my rights are enforced nationally and internationality by the United States Federal Constitution, the State of Illinois Constitution, the International Law through and by the Charter of the United Nations, and the Articles of Confederation.

Elaine Aboyade-Cole Bey

Date:

**CERTIFICATION OF NATIONALITY AND IDENTIFICATION CARD**

On this 29th day of October, 2007, before me came Elaine Aboyade-Cole Bey, known to me and known by me to be the person who executed the foregoing Affidavit and she thereupon duly acknowledged to me that she has executed the same

Certifying Official Signature and Seal

Date: 10/29/07

Official Seal
Ibi Cole
Notary Public State of Illinois
My Commission Expires 01/18/2011

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS 2008 AUG 25 5: 14
EASTERN DIVISION

Elaine Aboyade-Cole Bey ) **08CV4859**
                 Plaintiff ) **JUDGE KENNELLY**
                           **MAGISTRATE JUDGE DENLOW**
     Vs.
                           )
SAFECO INSURANCE COMPANY   )
OF AMERICA, et al, a Corporation )  **RECEIVED**
                 Defendant )
                           AUG 2 5 2008  T C
              **NOTICE OF FILING**   MICHAEL W. DOBBINS
                           CLERK, U.S. DISTRICT COURT

TO:

SAFECO INSURANCE COMPANY OF AMERICA, Insurance Company of Illinois, Chicago Service Office, PO Box 5151097, Los Angeles Territory, California 90051-9803

Ibiyinka Aboyade-Cole, PO Box 8546, Chicago Territory, Illinois 60680

        PLEASE TAKE NOTICE that on August 25, 2008, I caused the attached **COMPLAINT** to be filed with the U.S. District Court, a copy of which is hereby served upon you.

Dated at Chicago Territory, Illinois this 25th day of August, 2008

**CERTIFICATE OF SERVICE**

        I hereby certify that I have caused a true and correct copy of the Plaintiff's **COMPLAINT** to be served upon SAFECO INSURANCE COMPANY OF AMERICA, Insurance Company of Illinois, Chicago Service, PO Box 5151097, Los Angeles Territory, California 90051-9803; Ibiyinka Aboyade-Cole, PO Box 8546, Chicago Territory, Illinois 60680 Via U.S. Mail deposited at 230 S. Clark Street, Chicago Territory, Illinois 60604 on August 25, 2008

                           Elaine Aboyade-Cole Bey Suri Juris

Elaine Aboyade-Cole Bey
8615 S. Morgan
Chicago Territory, Illinois 60620
773-846-8224