CH

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Elaine Abonyade-Cole Bey, Suri Juris
(Please print)

STREET ADDRESS: 8615 S. Morgan

CITY/STATE/ZIP: Chicago, IL

PHONE NUMBER: 773-846-8221

CASE NUMBER: 08CV4859
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

Elaine Abonyade-Cole Bey    8/25/08
Signature    Date

FILED
AUG 25 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT