## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4859 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Elaine Aboyade-Cole Bey vs. Safeco Insurance Co. of America | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file, by no later than 9/5/08, an amended complaint setting out the state(s) of citizenship of defendant Safeco Insurance Co. of America - namely, the state in which Safeco was incorporated, and the state in which it has its principal place of business - and also describing further *how much* in excess of $15,000 she seeks to recover in this case. (The minimum amount for diversity jurisdiction under 28 U.S.C. § 1332(a) is $75,000, exclusive of interest and costs.) If plaintiff fails to do so, the Court will dismiss her case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|